UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN WILLIAMS,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF CENTRALIA, ILLINOIS;<br>Centralia Police Detective DAN PURCELL;<br>Centralia Police Detective BLAINE UHLS;<br>and UNKNOWN PARTIES<br><br>      Defendants. | Case No. 09-cv-463-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Stipulation of Dismissal with prejudice (Doc. 18) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by all parties who have appeared in this case.  Rule 41(a)(1)(A)(ii) allows dismissal by the plaintiff without a court order by filing such a stipulation.  Accordingly, the Court finds that this action is **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: October 23, 2009**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**