UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN WILLIAMS,

        Plaintiff,

    v.                                Case No. 09-cv-463-JPG

CITY OF CENTRALIA, ILLINOIS;
Centralia Police Detective DAN PURCELL;
Centralia Police Detective BLAINE UHLS;
and UNKNOWN PARTIES

        Defendants.

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NANCY J. ROSENSTENGEL**

**By:s/Deborah Agans, Deputy Clerk**

**Dated: October 23, 2009**

**Approved:**    <u>s/ J. Phil Gilbert</u>
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**